# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | |
|---|---|
| DEBRA SCHIEFER, | : No. 331 EAL 2014 |
| | : |
| Petitioner | : Petition for Allowance of Appeal from the |
| | : Order of the Commonwealth Court |
| | : |
| v. | : |
| | : |
| | : |
| | : |
| WORKERS' COMPENSATION APPEAL | : |
| BOARD (FIRST DATA CORPORATION) | : |
| | : |
| Respondents | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 18th day of November, 2014, the Petition for Allowance of Appeal is **DENIED**.